United States Attorney's Office
Eastern District of Washington
Benjamin D. Seal
Assistant United States Attorney
402 E. Yakima Ave., Suite 210
Yakima, WA 98901
Telephone: (509) 454-4425

FILED IN THE U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

DEC 1 0 2025

SEAN F. MCAVOY, CLERK
YAKIMA, WASHINGTON

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | 1:25-CR-2138-RLP |
| Plaintiff, | INDICTMENT |
| v. | Vio: 21 U.S.C. § 841(a)(1), (b)(1)(C) Distribution of Cocaine (Counts 1-2) |
| RUBEN GODINEZ-SAUCEDO, | |
| Defendant. | 21 U.S.C. § 841(a)(1), (b)(1)(C) Possession with Intent to Distribute Cocaine (Count 3) |
| | 21 U.S.C. § 841(a)(1), (b)(1)(A)(viii) Possession with Intent to Distribute 50 Grams of Pure Methamphetamine (Count 4) |
| | 18 U.S.C. §§ 922(g)(1), 924(a)(8) Felon in Possession of a Firearm (Count 5) 18 U.S.C. §§ 922(g)(5), |

INDICTMENT – 1

924(a)(8)
Alien in Possession of a
Firearm
(Count 6)

18 U.S.C. § 924, 21 U.S.C.
§ 853, 28 U.S.C. § 2461(c)
Forfeiture Allegations

The Grand Jury charges:

## COUNT 1

On or about October 8, 2025, in the Eastern District of Washington, the Defendant, RUBEN GODINEZ-SAUCEDO, knowingly distributed a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(C).

## COUNT 2

On or about November 10, 2025, in the Eastern District of Washington, the Defendant, RUBEN GODINEZ-SAUCEDO, knowingly distributed a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(C).

## COUNT 3

On or about November 18, 2025, in the Eastern District of Washington, the Defendant, RUBEN GODINEZ-SAUCEDO, knowingly possessed with intent to

INDICTMENT – 2

distribute a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(C).

COUNT 4

On or about November 18, 2025, in the Eastern District of Washington, the Defendant, RUBEN GODINEZ-SAUCEDO, knowingly possessed with intent to distribute 50 grams or more of actual (pure) methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(A)(viii).

COUNT 5

On or about November 18, 2025, in the Eastern District of Washington, the Defendant, RUBEN GODINEZ-SAUCEDO, knowing his status as a person previously convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess in and affecting commerce, a firearm, to wit: a Beretta 9mm pistol bearing serial number D88738Y, which firearm had theretofore been transported in interstate and foreign commerce, in violation of 18 U.S.C. §§ 922(g)(1), 924(a)(8).

COUNT 6

On or about November 18, 2025, in the Eastern District of Washington, the Defendant, RUBEN GODINEZ-SAUCEDO, knowing his status as an alien illegally and unlawfully in the United States, did knowingly possess in and affecting commerce, a firearm, to wit: a Beretta 9mm pistol bearing serial number

INDICTMENT – 3

D88738Y, which firearm had theretofore been transported in interstate and foreign commerce, in violation of 18 U.S.C. §§ 922(g)(5), 924(a)(8).

## NOTICE OF CRIMINAL FORFEITURE ALLEGATIONS

The allegations contained in this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures.

Pursuant to 21 U.S.C. § 853, upon conviction of an offense(s) in violation of 21 U.S.C. § 841, as set forth in this Indictment, Defendant, RUBEN GODINEZ-SAUCEDO, shall forfeit to the United States of America, any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense(s) and any property used or intended to be used, in any manner or part, to commit or to facilitate the commission of the offense(s).

If any forfeitable property, as a result of any act or omission of the Defendant:

a. cannot be located upon the exercise of due diligence;
b. has been transferred or sold to, or deposited with, a third party;
c. has been placed beyond the jurisdiction of the court;
d. has been substantially diminished in value; or
e. has been commingled with other property which cannot be divided
    without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p).

INDICTMENT – 4

Pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), upon conviction of an offense(s) in violation of 18 U.S.C. § 922(g)(1) and/or 18 U.S.C. § 922(g)(5) as set forth in Counts 5 - 6 of this Indictment, the Defendant, RUBEN GODINEZ-SAUCEDO, shall forfeit to the United States of America, any firearms and ammunition involved or used in the commission of the offense(s), including, but not limited to:

- a Beretta 9mm pistol bearing serial number D88738Y

DATED this 10th day of December 2025.

A TRUE BILL

_____
Foreperson

_____
Alison L. Gregoire
Criminal Chief

 for Benjamin P. Seal

_____
Benjamin D. Seal
Assistant United States Attorney

INDICTMENT – 5